UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Case No. |
| v. ) | 07-CR-113-JMH |
| ) | |
| JEFFREY LYNDALE FORD, ) | |
| ) | **MEMORANDUM OPINION & ORDER** |
| Defendant. ) | |

\*\*\*

The Court has received a letter, dated October 14, 2013, from Defendant Ford in which he complains of a number of issues, including lack of access to a law library, the number of hot meals served daily, and the lack of responsiveness of the administration to requests at the Grayson County Detention Center where he is currently incarcerated.

Since Ford seeks relief with respect to his conditions of confinement, his request must be construed as a habeas corpus petition pursuant to § 2241. A § 2241 petitions must be filed in the federal district where the petitioner is incarcerated. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.") Ford is incarcerated in the Grayson

County Detention Center in Leitchfield, Kentucky. Grayson County, Kentucky, falls within the Owensboro Division of the Western District of Kentucky. 28 U.S.C. § 97(b); Local Rule 3.1(b)(3). Since this Court, which is situated in the Eastern District of Kentucky, lacks jurisdiction to entertain a habeas petition under § 2241 over a nonresident custodian, his request for relief must be denied without prejudice.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk shall file a copy of Defendant Ford's letter in the record of this matter.

This the 18th day of October, 2013.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge